**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOHN SMITH,

Plaintiff - Appellant,

v.

JOHN MARSHALL, Warden; et al.,

Defendants - Appellees.

No. 10-56113

D.C. No. 2:09-cv-05440-RGK-JEM

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

California state prisoner John Smith appeals pro se from the district court's

judgment dismissing his Religious Land Use and Institutionalized Persons Act

("RLUIPA") and 42 U.S.C. § 1983 action.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review de novo the district court's dismissal under Federal Rule of

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Civil Procedure 12(b)(6).  *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010).  We affirm.

The district court properly dismissed Smith's First Amendment free exercise and RLUIPA claims because the prison's restrictions on third-party purchases of prayer oil did not substantially burden Smith's ability to practice his religion.  *See* 42 U.S.C. § 2000cc-1(a)(1)-(2); *Shakur v. Schriro*, 514 F.3d 878, 884-85 (9th Cir. 2008).

We do not consider contentions raised for the first time on appeal.  *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999).

**AFFIRMED.**